

June 9, 2023

<u>**VIA ECF**</u>
The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

                ***Re:***    *Espinal v. Parker & Bailey Corp.,*
                           <u>Case No.: 1:23-cv-3858</u>

Dear Judge McMahon,

      The undersigned represents Frangie Espinal, ("Plaintiff") in the above referenced matter against Defendant, Parker & Bailey Corp. ("Defendant") (collectively the "Parties"). We write, with Defendant's consent, to inform the Court that the Parties have reached a settlement in principle and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests all currently pending deadlines in this action be adjourned *sine die*.

      We thank the Court for its time and attention in this matter.

                                                                            Respectfully submitted,
                                                                        <u>*/s/Michael A. LaBollita, Esq.*</u>
                                                                          Michael A. LaBollita, Esq.

cc: All counsel of record via ECF